# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Phillip Tyrone Morrison,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:13-cv-00084-FDW |
| | ) | 5:03-cr-00004-20 |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 12, 2019 Order.

June 12, 2019

Frank G. Johns, Clerk
United States District Court